IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIRILO LOPEZ ROMERO,               )
                                   )
        Petitioner                 )
                                   )
    v.                             )        1:06cv167
                                   )        1:00cr362-1
UNITED STATES OF AMERICA,          )
                                   )
        Respondent.                )
_____)

ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

On July 5, 2006, Magistrate Judge Wallace W. Dixon filed his Recommendation [Doc. # 6][1] that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. # 1] be denied, that the Respondent's Motion to Dismiss [Doc. # 3] be granted, and that Judgment be entered dismissing this action. On July 6, 2006, the parties were mailed notification of the Recommendation filing. Petitioner Cirilo Lopez Romero timely filed an Objection to the Recommendation on July 20, 2006 [Doc. # 8]. Respondent the United States of America did not file a response.

The Court has reviewed de novo the Recommendation of the Magistrate Judge and adopts that Recommendation. Thus, for the reasons set out in the Recommendation, the Petitioner's Motion to Vacate, Set Aside, or Correct

---

[1] This and all further citations to the record will be to the civil case, 1:06cv167.

Sentence pursuant to 28 U.S.C. § 2255 [Doc. # 1] is DENIED, the Respondent's Motion to dismiss [Doc. # 3] is GRANTED, and this action is DISMISSED.

This the 7th day of February, 2008.

/s/ N. Carlton Tilley, Jr.
United States District Judge
